FILED

SEP 24 2014

DAVID CREWS, CLERK
BY_____
Deputy

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 1:14CR108
  18 U.S.C. § 2251(a)
JAY WILLIAM McCALPIN  18 U.S.C. § 2252A(a)(1)
  18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

The Grand Jury charges that:

### Count One

On or about May 28, 2014, in the Northern District of Mississippi, JAY WILLIAM McCALPIN, defendant, did use, persuade, induce, entice, and coerce a minor, that is, a 2 year old male, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a).

### Count Two

On or about June 27, 2014, in the Northern District of Mississippi, JAY WILLIAM McCALPIN, defendant, did use, persuade, induce, entice, and coerce a minor, that is, a 17 year old male, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a).

## Count Three

On or about September 1, 2014, in the Northern District of Mississippi, JAY WILLIAM McCALPIN, defendant, did knowingly possess a cellular telephone memory card containing computer image files and computer movie files of child pornography, including files of a minor that had not attained the age of 12 years of age, said files having been shipped and transported in interstate commerce by means of computers and having been produced using materials that had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256(8).

**A TRUE BILL**

*/s/ Signature Redacted*
**FOREPERSON**

*[signature]*
**UNITED STATES ATTORNEY**